

# CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street
Philadelphia, PA 19102-1595

CIVIL RIGHTS UNIT
Armando Brigandi
Divisional Deputy City Solicitor
(215) 683-5381
(215) 683-5397

August 29, 2013

<u>VIA FAX AT (267) 299-5069</u>
Hon. Paul S. Diamond, U.S.D.J.
Eastern District of Pennsylvania
601 Market Street, Room 6613
Philadelphia, PA  19103

Re:   <u>Edward McGill v. City of Philadelphia et al.</u>, 12 cv 5690
      <u>Consolidated Narcotics Cases</u>

**FILED**

AUG 29 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Dear Judge Diamond:

   Attached is an updated list of the Narcotics Field Unit cases that have been consolidated under the above caption.

   I want to bring to Your Honor's attention the following five (5) cases which have not yet been referred to your docket for pretrial management:

| | |
|---|---|
| Thomas Basara | 13-3583 (Judge Joyner) |
| Jai Elloitt | 13-4346 (Judge Davis) |
| Frederick George | 13-4152 (Judge Stengel) |
| Jaime Grilli | 13-4594 (Judge Rufe) |
| Byron Timer | 13-3122 (Judge Kelly) |

   I am available at the Court's convenience should you have any questions or concerns regarding this matter.

   Thank you.

                                    Respectfully submitted,

                                    /s/ *Armando Brigandi*
                                    Armando Brigandi, Esq.
                                    Divisional Deputy City Solicitor

cc.     Hon. Legrome Davis
        Hon. J. Curtis Joyner
        Hon. Lawrence Stengel
        Hon. Cynthia Rufe
        Hon. Robert Kelly
        Paul Messing, Esq.
        Jeffrey Scott, Esq.
        Jonathan James, Esq.
        Lloyd Long, Esq.
        L. Kenneth Chotiner, Esq.
        Holly Debrosky, Esq
        Brian Zieger, Esq.
        Brian Humble, Esq.
        Jay Feinschil, Esq.
        Gerald Williams, Esq.
        Andrew Rehmeyer, Esq.
        Deborah Cianfrani, Esq.

NFU CASES FILED IN FEDERAL COURT AS OF AUGUST 28, 2013

| Case_Name | Docket_No_C | Judge_C | Plaintiff's Counsel |
|---|---|---|---|
| Barksdale, Frederick | 13-575 | Diamond/Surrick | Larry Krasner |
| Basara, Thomas | 13-3583 | J. Curtis Joyner | Jay Feinschil |
| Carobine, Theodore | 11~4471 | Diamond/Tucker | Jonathan James |
| Crumpton, Vernon | 13-2417 | Diamond/Pratter | Deborah Cianfrani |
| Elliott, Jai | 13-4346 | Legrome Davis | Paul Messing |
| Garcia, David | 13-1431 | Diamond/Surrick | Jonathan James |
| George, Frederick | 13-4152 | Lawrence Stengel | Brian Humble |
| Grilli, Jaime | 13-4594 | Cynthia Rufe | Jonathan James |
| Knighten, Nicholas | 13-3873 | Diamond/Pratter | Paul Messing |
| Layre, Warren | 13-1471 | Diamond/Joyner | Jay Feinschil |
| Lewis, Talil | 13-4480 | Paul Diamond | Brian Zieger |
| McGill, Edward | 12~5690 | Paul Diamond | Holly Debrosky |
| McIntyre, James | 13-2773 | Diamond/Joyner | Larry Krasner |
| McIntyre, Rahaji | 13-1765 | Diamond/Savage | Jonathan James |
| Myers, Anecia | 13-730 | Diamond/Surrick | Larry Krasner |
| Pagano, Ronald | 13-706 | Diamond/Slomsky | Ken Chotiner |
| Rodriguez, Ramon | 13-1430 | Diamond/Sanchez | Jonathan James |
| Scott, Joseph | 13-2541 | Paul Diamond | Gerrald Williams |
| Shebest, Alison | 13-1904 | Diamond/McGlaughli | Paul Messing |
| Tien, Shukun | 13-0705 | Diamond/Dalzell | Ken Chotiner |
| Timer, Byron | 13-3122 | Robert Kelly | Andrew Rehmeyer |